### 1082.   PEARSON *v.* BASS.

RUSSELL, J.   It appears, from the answers given by the Supreme Court to questions certified to it by this court (132 Ga. 117, 63 S. E. 798), that the trial judge should have sustained the third ground of the demurrer to the petition.   The case is, therefore, sent back for a new trial.

*Judgment reversed.*

Complaint, from city court of Sylvester—Judge Park.   February 17, 1908.

Submitted May 5, 1908.—Decided June 15, 1909

*Perry & Williamson,* for plaintiff in error.

*J. J. Forehand, Claude Payton,* contra.